UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: **PAUL DOUGLAS SCOLARDI**                                    Case No. _____

**STATEMENT UNDER PENALTY OF PERJURY RE:
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

☑ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    ☐    Debtor was not employed during the 60 days preceding the filing of the petition;

    ☐    Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

    ☐    Debtor was self-employed during the 60 days preceding the filing of the petition;

    ☐    Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    ☐    Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: **s/ PAUL DOUGLAS SCOLARDI**                     Date:    **11/23/2010**
                      **PAUL DOUGLAS SCOLARDI**

**Earnings Statement**

Co. File #    Clock    Number
6AC 100120              00450025

**Worked In Dept:** 100
**Home Dept:** 100

**Period End:** 11/15/2010
**Pay Date:** 11/15/2010

*Allover Media Inc*

**Paul Scolardi**
**12300 Singletree Lan**
**Eden Prairie, MN 55344**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular |  |  | 86.67 | 5,833.33 |
| **Gross Pay** |  |  |  | **5,833.33** |

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax |  |  |  | 1,210.30 |
| Medicare |  |  |  | 81.90 |
| State Worked In: Minnesota | MN |  |  | 371.74 |

| | Other | | | Amount |
|---|---|---|---|---|
|  | N - Checking |  |  | 4,021.68 |
|  | H - PHONE |  |  | -37.50 |
|  | D - Pretax Dental |  |  | 19.39 |
|  | M - Pretax Medical |  |  | 165.82 |

| **Net Pay** | | | | **0.00** |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

# Earnings Statement 

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 10/31/2010
Pay Date: 10/29/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

00000000023
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 116,666.60 |
| Gross Pay | | | $5,833.33 | 116,666.60 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 140.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -1,210.30 | 24,217.91 |
| Medicare Tax | -81.90 | 1,638.57 |
| MN State Income Tax | -371.74 | 7,438.15 |
| Social Security Tax | | 6,621.60 |

Other
| | | |
|---|---|---|
| Checking | -4,021.68 | |
| Pretax Dental | -19.39* | 384.54 |
| Pretax Medical | -165.82* | 3,277.10 |
| Expense | | -1,979.07 |
| Phone | | -750.00 |

Adjustment
| | |
|---|---|
| Phone | +37.50 |
| **Net Pay** | **50.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000430023
Pay date: 10/29/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $4,021.68 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| Co. File # | Clock | Number | | Earnings Statement | |
|---|---|---|---|---|---|
| 6AC 100120 | | 00410025 | | | |

Worked In Dept: 100
Home Dept: 100

Period End: 10/15/2010
Pay Date: 10/15/2010

*Allover Media Inc*

**Paul Scolardi**
**12300 Singletree Lan**
**Eden Prairie, MN 55344**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 86.67 | 5,833.33 |
| **Gross Pay** | | | | **5,833.33** |

| Deductions | Statutory | | Amount |
|---|---|---|---|
| Federal Income Tax | | | 1,210.30 |
| Social Security | | | 315.66 |
| Medicare | | | 81.89 |
| State Worked In: Minnesota | MN | | 371.74 |

| | Other | | Amount |
|---|---|---|---|
| | N - Checking | | 3,706.03 |
| | H - PHONE | | -37.50 |
| | D - Pretax Dental | | 19.39 |
| | M - Pretax Medical | | 165.82 |

| **Net Pay** | | | |
|---|---|---|---|
| | | | **0.00** |

| **Memos** | Code | | Amount |
|---|---|---|---|

# Earnings Statement 

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 09/30/2010
Pay Date: 09/30/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

00000000021
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 104,999.94 |
| Gross Pay | | | $5,833.33 | 104,999.94 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 130.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -1,210.30 | 21,797.31 |
| Social Security Tax | | -350.18 | 6,305.94 |
| Medicare Tax | | -81.90 | 1,474.78 |
| MN State Income Tax | | -371.74 | 6,694.67 |
| **Other** | | | |
| Checking | | -3,671.50 | |
| Pretax Dental | | -19.39* | 345.76 |
| Pretax Medical | | -165.82* | 2,945.46 |
| Expense | | | -1,979.07 |
| Phone | | | -675.00 |
| **Adjustment** | | | |
| Phone | | +37.50 | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12



ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000390021
Pay date: 09/30/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $3,671.50 |

THIS IS NOT A CHECK
VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS

# Earnings Statement

**ADP**

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 09/15/2010
Pay Date: 09/15/2010

00000000024
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 99,166.61 |
| Gross Pay | | | $5,833.33 | 99,166.61 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 125.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -1,210.30 | 20,587.01 |
| Social Security Tax | | -350.19 | 5,955.76 |
| Medicare Tax | | -81.90 | 1,392.88 |
| MN State Income Tax | | -371.74 | 6,322.93 |
| **Other** | | | |
| Checking | | -3,719.72 | |
| Pretax Dental | | -19.39* | 326.37 |
| Pretax Medical | | -165.82* | 2,779.64 |
| Expense | | | -1,979.07 |
| Phone | | | -637.50 |
| **Adjustment** | | | |
| Expense | | +48.23 | |
| Phone | | +37.50 | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000370024
Pay date: 09/15/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | XXXX XXXX | $3,719.72 |



VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 08/31/2010
Pay Date: 08/31/2010

00000000021
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 MN: 2

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 93,333.28 |
| Gross Pay | | | $5,833.33 | 93,333.28 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 120.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -1,210.30 | 19,376.71 |
| Social Security Tax | | -350.18 | 5,605.57 |
| Medicare Tax | | -81.90 | 1,310.98 |
| MN State Income Tax | | -371.74 | 5,951.19 |
| **Other** | | | |
| Checking | | -3,914.34 | |
| Pretax Dental | | -19.39* | 306.98 |
| Pretax Medical | | -165.82* | 2,613.82 |
| Expense | | | -1,930.84 |
| Phone | | | -600.00 |
| **Adjustment** | | | |
| Expense | | +242.84 | |
| Phone | | +37.50 | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000340021
Pay date: 08/31/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX6919 | XXXX XXXX | $3,914.34 |

VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement

**ADP**

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 08/15/2010
Pay Date: 08/13/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

00000000023
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 87,499.95 |
| Gross Pay | | | $5,833.33 | 87,499.95 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 115.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -1,210.30 | 18,166.41 |
| Social Security Tax | | -350.18 | 5,255.39 |
| Medicare Tax | | -81.89 | 1,229.08 |
| MN State Income Tax | | -371.74 | 5,579.45 |
| **Other** | | | |
| Checking | | -3,671.51 | |
| Pretax Dental | | -19.39* | 287.59 |
| Pretax Medical | | -165.82* | 2,448.00 |
| Expense | | | -1,688.00 |
| Phone | | | -562.50 |
| **Adjustment** | | | |
| Phone | | +37.50 | |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000320023
Pay date: 08/13/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $3,671.51 |

VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 089 |

# Earnings Statement

**ADP**

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 07/31/2010
Pay Date: 07/30/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

Social Security Number: XXX-XX-7210

00000000021
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Handwritten notes: 180 22-71 / 105.85 / 683 69057 / 6863/167 / 14.38

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 81,666.62 |
| Gross Pay | | | $5,833.33 | 81,666.62 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 110.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -1,210.30 | 16,956.11 |
| Social Security Tax | | -350.19 | 4,905.21 |
| Medicare Tax | | -81.90 | 1,147.19 |
| MN State Income Tax | | -371.74 | 5,207.71 |
| **Other** | | | |
| Checking | | -3,671.49 | |
| Pretax Dental | | -19.39* | 268.20 |
| Pretax Medical | | -165.82* | 2,282.18 |
| Expense | | -1,688.00 | |
| Phone | | -525.00 | |
| **Adjustment** | | | |
| Phone | | +37.50 | |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

---

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

VOID — THIS IS NOT A CHECK — VOID

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000300021
Pay date: 07/30/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $3,671.49 |

VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 07/15/2010
Pay Date: 07/15/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

00000000021
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 75,833.29 |
| Gross Pay | | | $5,833.33 | 75,833.29 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 105.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -1,210.30 | 15,745.81 |
| Social Security Tax | | -350.18 | 4,555.02 |
| Medicare Tax | | -81.90 | 1,065.29 |
| MN State Income Tax | | -371.74 | 4,835.97 |
| **Other** | | | |
| Checking | | -3,671.50 | |
| Pretax Dental | | -19.39* | 248.81 |
| Pretax Medical | | -165.82* | 2,116.36 |
| Expense | | | -1,688.00 |
| Phone | | | -487.50 |
| **Adjustment** | | | |
| Phone | | +37.50 | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000280021
Pay date: 07/15/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $3,671.50 |

VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 069 |

## Earnings Statement

ADP

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 06/30/2010
Pay Date: 06/30/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

00000000023
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 69,999.96 |
| Gross Pay | | | $5,833.33 | 69,999.96 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,210.30 | 14,535.51 |
| | Social Security Tax | -350.18 | 4,204.84 |
| | Medicare Tax | -81.90 | 983.39 |
| | MN State Income Tax | -371.74 | 4,464.23 |
| | Other | | |
| | Checking | -3,671.50 | |
| | Pretax Dental | -19.39* | 229.42 |
| | Pretax Medical | -165.82* | 1,950.54 |
| | Expense | -1,688.00 | |
| | Phone | -450.00 | |
| | Adjustment | | |
| | Phone | +37.50 | |
| | Net Pay | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 100.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,648.12

---



ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000260023
Pay date: 06/30/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $3,671.50 |

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| 6AC | 100130 | 100 | | 0000230021 | |

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 06/15/2010
Pay Date: 06/15/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MN: 2

00000000021
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 64,166.63 |
| Gross Pay | | | $5,833.33 | 64,166.63 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 95.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -1,210.30 | 13,325.21 | |
| Social Security Tax | -350.19 | 3,854.66 | |
| Medicare Tax | -81.90 | 901.49 | |
| MN State Income Tax | -371.74 | 4,092.49 | |
| **Other** | | | |
| Checking | -3,671.49 | | |
| Pretax Dental | -19.39* | 210.03 | |
| Pretax Medical | -165.82* | 1,784.72 | |
| Expense | | -1,688.00 | |
| Phone | | -412.50 | |
| **Adjustment** | | | |
| Phone | +37.50 | | |
| **Net Pay** | **$0.00** | | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000230021
Pay date: 06/15/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX6919 | XXXX XXXX | $3,671.49 |

VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement



ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 05/31/2010
Pay Date: 05/28/2010

00000000021
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 MN: 2

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 58,333.30 |
| Gross Pay | | | $5,833.33 | 58,333.30 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -1,210.30 | | 12,114.91 |
| Social Security Tax | -350.18 | | 3,504.47 |
| Medicare Tax | -81.89 | | 819.59 |
| MN State Income Tax | -371.74 | | 3,720.75 |
| **Other** | | | |
| Checking | -2,708.46 | | |
| Expense | -963.05 | | -1,688.00 |
| Pretax Dental | -19.39* | | 190.64 |
| Pretax Medical | -165.82* | | 1,618.90 |
| Phone | | | -375.00 |
| **Adjustment** | | | |
| Phone | +37.50 | | |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 90.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000210021
Pay date: 05/28/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $2,708.46 |

VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A.

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement 

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Period Ending: 05/15/2010
Pay Date: 05/14/2010

00000000023
PAUL SCOLARDI
12300 SINGLETREE LAN
#1307
EDEN PRAIRIE, MN 55344

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 MN: 2

Social Security Number: XXX-XX-7210

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5833.33 | 86.67 | 5,833.33 | 52,499.97 |
| **Gross Pay** | | | **$5,833.33** | 52,499.97 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 85.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -1,210.30 | | 10,904.61 |
| Social Security Tax | -350.18 | | 3,154.29 |
| Medicare Tax | -81.90 | | 737.70 |
| MN State Income Tax | -371.74 | | 3,349.01 |
| Other | | | |
| Checking | -5,835.67 | | |
| Pretax Dental | -19.39* | | 171.25 |
| Pretax Medical | -165.82* | | 1,453.08 |
| Expense | | | -2,651.05 |
| Phone | | | -337.50 |
| Adjustment | | | |
| Expense | +2,164.17 | | |
| Phone | +37.50 | | |
| **Net Pay** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,648.12

---

ALLOVER MEDIA INC
6901 EAST FISH LAKE ROAD
MAPLE GROVE, MN 55369

Advice number: 00000190023
Pay date: 05/14/2010

Deposited to the account of
PAUL SCOLARDI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6919 | xxxx xxxx | $5,835.67 |

VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A

THIS IS NOT A CHECK

**NON-NEGOTIABLE**