UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**PAUL DOUGLAS SCOLARDI**

### SIGNATURE DECLARATION

Debtor(s).    Case No. 10-48719

_____ PETITION, SCHEDULES & STATEMENTS

_____ CHAPTER 13 PLAN

_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

_____ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____ MODIFIED CHAPTER 13 PLAN

__X__ OTHER (Please describe: *Amended Schedule C* )

I **PAUL DOUGLAS SCOLARDI**, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 2/17/11

X *[signature]*
Signature of Debtor or Authorized Representative

**PAUL DOUGLAS SCOLARDI**
Printed Name of Debtor or Authorized Representative

Form ERS 1 (Rev. 10/03)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re   PAUL DOUGLAS SCOLARDI            Case No.   *10-48719*

Debtor.                                  Chapter   **13**

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

| | |
|---|---|
| ___ | Voluntary Petition (Specify reason for amendment) _____ |
| ___ | Summary of Schedules |
| ___ | Schedule A - Real Property |
| ___ | Schedule B - Personal Property |
| X | Schedule C - Property Claimed as Exempt |
| ___ | Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders |
| ___ | **Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required** |
| ___ | **Add/change address of already listed creditor - No Fee** |
| ___ | Schedule G - Executory Contracts and Unexpired Leases |
| ___ | Schedule H - Codebtors |
| ___ | Schedule I - Current Income of Individual Debtor(s) |
| ___ | Schedule J - Current Expenditures of Individual Debtor(s) |
| ___ | Declaration Regarding Schedules |
| ___ | Statement of Financial Affairs and/or Declaration |
| ___ | Chapter 7 Individual Debtor's Statement of Intention |
| ___ | Disclosure of Compensation of Attorney for Debtor |
| ___ | Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C) |
| ___ | Certification of Credit Counseling |
| ___ | Other: _____ |

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: *2/17/11*      _____
                     PAUL DOUGLAS SCOLARDI
                     Debtor

B6C (Official Form 6C) (4/10)

In re  PAUL DOUGLAS SCOLARDI                         Case No.  *10-48719*
               Debtor                                          (If known)

*AMENDED*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 H2 HUMMER | MSA § 550.37(12a) | 4,200.00 | 22,000.00 |
| ~~2007 TOYOTA PRIUS - OWNED JOINTLY WITH EX WIFE~~ | ~~MSA § 550.37(12a)~~ | ~~4,200.00~~ | ~~10,000.00~~ |
| ALL TERM LIFE | MSA § 550.37(23) | 1.00 | 1.00 |
| BANK ACCOUNT HOMESTEAD ACCOUNT FROM SALE OF HOME | MSA §§ 510.01, 510.02 | 155,000.00 | 155,000.00 |
| ~~INTERACTIVE BROKER~~ | ~~MSA § 550.37(24)~~ | ~~54,000.00~~ | ~~54,000.00~~ |
| STANDARD CLOTHING | MSA § 550.37(4)(a) | 1,000.00 | 1,000.00 |
| STANDARD HOUSEHOLD GOODS | MSA § 550.37(4)(b) | 3,000.00 | 3,000.00 |
| ~~TWO WATCHES~~ *ONE* | ~~MSA § 550.37(4)(a)~~ | ~~2,500.00~~ | ~~2,500.00~~ |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              BKY 10-48719

Paul Douglas Scolardi,

    Debtor.

_____

Unsworn Declaration for Proof of Service
_____

I hereby certify that on February 18, 2011, I caused the following documents: Signature Declaration, Amendment to Petition, Amended Schedule C, and Unsworn Certificate of Service to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jasmine Z Keller        cmecfjzkmn@ch13mn.com, backup_cmecf@ch13mn.com
US Trustee             ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

```
ACS
PO BOX 371834
PITTSBURGH, PA 15250-7834

ADT SECURITY
PO BOX 650485
DALLAS, TX 75265-0485

CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY, CA 91716-0599

CHASE
PO BOX 94014
PALATINE IL 60094-4014

CITY OF CHANHASSEN
7700 MARKET BLVD
PO BOX 147
CHANHASSEN, MN 55317

CITY OF EDEN PRAIRIE
8080 MITCHELL ROAD
EDEN PRAIRIE, MN 55344
```

```
INTERNAL REVENUE SERVICE
WELLS FARGO PLACE
30 EAST 7TH ST MAIL STOP 5700
ST PAUL MN 55101

OLSEN THIELEN, CPA
2675 LONG LAKE ROAD
ST PAUL, MN 55113-1117

PROGREEN
8701 COLUMBUS AVE S
BLOOMINGTON, MN 55420

US AIRWAYS
PO BOX 13337
PHILADELPHIA, PA 19101-3337
```

Executed on: February 18, 2011            Signed  Roberta M. Johnson

*Roberta M. Johnson* (signature)