UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                              Chapter 13
                                                                    Bky. No: 10-48719 RJK
Paul Douglas Scolardi,

    Debtor.

**NOTICE OF MOTION AND MOTION FOR ALLOWANCE OF COMPENSATION BY WENTZELL LAW OFFICE, PLLC, COUNSEL FOR THE DEBTORS**

1. Wentzell Law Office, PLLC (the Applicant) moves the Court for allowance of fees and reimbursement of expenses.

2. The Court will hold a hearing on this Motion on January 4, 2012 at 10:00 a.m. or as soon thereafter as counsel can be heard in Courtroom 8 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any response or objections to this Motion shall be filed and served by delivery or mail no later than December 30, 2011, which is five days prior to the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

5. This Motion arises under 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1. The Applicant requests allowance for compensation for legal services rendered to the Debtor. The Applicant is the Debtor's attorney. No order approving employment was necessary.

6. The Applicant was engaged by the Debtor to represent him in filing a Chapter 13 bankruptcy case. Services related to the employment are on-going. The case was filed on November 23, 2010 and is still pending in this Court. The Chapter 13

      modified plan was confirmed on March 18, 2011.

7. It is Applicant's standard practice to present new bankruptcy clients with a package of documents that includes, among other things, a form bankruptcy questionnaire, retainer agreement, and notice of responsibilities. The retainer agreement sets out what services will and will not be performed. Legal fees are discussed with the client and agreed upon based upon the nature and complexity of the case. The initial fee payment and amount to be included in the plan are discussed and agreed upon with the client. The fees are also set forth in the Statement of Compensation by Attorney for Debtor(s), Form 1007-1, filed with the petition and schedules. In this case, through oversight and not intention, the written retainer agreement was not entered into, but the Debtor signed the plan, which included the amount of fees sought in this motion. A copy of this fee application was provided to the Debtor prior to filing.

8. All services were rendered on behalf of the Debtor and not on behalf of any other entity for the sharing of any compensation received or to be received for services rendered in or in connection with this case.

9. The Applicant has made no previous application for fees and expenses. This fee application is expected to be a final fee application.

10. The Chapter 13 trustee is presently holding $1,079.66.

11. The Debtor paid $2,799.00 down before the case filing, which includes fees of $2,525.00 and the filing fee of $274.00. A balance of $1,000.00 is provided in the Chapter 13 Plan, which when added to the initial fees beings the total fees to $3,525.00.

12. The services rendered were for pre-bankruptcy consultation, representation in connection with the preparation and filing of a Chapter 13 bankruptcy case and attending the 341 meeting of creditors. Compensation and reimbursement are to be from the plan funds.

13. The Applicant's time records are attached as Ex. A for reference, but the requested compensation is not determined by the number of hours billed multiplied by the Applicant's hourly rates, but is determined by the amount paid before case filing plus the amount provided in the plan, which was approved by the Debtor and is

less than the amount reflected in Applicant's time records. The Applicant's hourly rates are reflected in the attached time records.

14. The Applicant is unaware of unpaid administrative expenses.

15. The total value of the services rendered by the Applicant is $3,525.00.

WHEREFORE, the Applicant applies to the Court for an Order as follows;

(A) Allowing compensation to Wentzell Law Office, PLLC in the amount of $3,525.00, minus the $2,525.00 retainer, for a total of $1,000.00 as a priority Chapter 13 administrative expense claim; and

(B) Authorizing the Chapter 13 trustee to disburse to Wentzell Law Office, PLLC plan funds that she has on hand as a priority claim.

Dated: December 13, 2011                    WENTZELL LAW OFFICE, PLLC

/e/
_____
By:    Joseph A. Wentzell    #170616
       James W. Moen  #160349
       2812 Anthony Lane South, Suite 200
       St. Anthony, Minnesota 55418
       612.436-3292

       ATTORNEY FOR DEBTOR

12/9/2011
2:38 PM

Wentzell Law Office, PLLC
Slip Listing

Page    1

### Selection Criteria

Slip.Classification     Open
Clie.Selection          Include: 7100.01 Scolardi, Paul
Slip.Transaction Ty     1 - 1

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 158157            TIME<br>10/28/2010<br>Billed         G:16863        11/3/2010<br>Telephone conference with client regarding action.  Review with Stephanie. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 60.00 |
| 158389            TIME<br>11/16/2010<br>Billed         G:16981        12/2/2010<br>Meeting wiht client.  Review draft schedules. | Wentzell-6000<br>Meeting with cl<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 150.00 |
| 158741            TIME<br>11/19/2010<br>Billed         G:16981        12/2/2010<br>Numerous telephone conferences with client and review bankruptcy to file. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 300.00 |
| 158700            TIME<br>11/23/2010<br>Billed         G:16981        12/2/2010<br>Sign documents.  File same.  Revise schedule.  Work with Internal Revenue Service.  Meeting with client. | Wentzell-6000<br>Misc<br>7100.01 Scolardi, Paul | 2.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 600.00 |
| 158692            TIME<br>11/24/2010<br>Billed         G:16981        12/2/2010<br>Long distance phone call with Internal Revenue Service regarding levy and filing.  Numerous telephone calls with client regarding options. | Wentzell-6000<br>Long distance<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 158971            TIME<br>12/1/2010<br>Billed         G:17089        1/3/2011<br>Telephone conference and review Minnesota Department of Revenue claim and Internal Revenue Service.  Telephone call with client regarding the same. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 158813            TIME<br>12/13/2010<br>Billed         G:17089        1/3/2011<br>Minnesota Department of Revenue proof of | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 60.00 |



12/9/2011
2:38 PM

Wentzell Law Office, PLLC
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| claim. Telephone call with client. Work on proof of claim issues. | | | | |
| 159091          TIME<br>12/17/2010<br>Billed          G:17089          1/3/2011<br>Review Internal Revenue Service proof of claim. E-mail client with copy. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 75.00 |
| 159141          TIME<br>12/21/2010<br>Billed          G:17089          1/3/2011<br>Telephone conference with client regarding 341 and tax issues. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 60.00 |
| 159157          TIME<br>12/22/2010<br>Billed          G:17089          1/3/2011<br>Prepare for and attend 341 hearing. Meeting with client regarding amending plans and documents for trustee. | Wentzell-6000<br>Prepare Hearing<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 300.00 |
| 159165          TIME<br>12/23/2010<br>Billed          G:17089          1/3/2011<br>Work on amending plan and schedules. Work on proof of claim objections. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 159231          TIME<br>12/28/2010<br>Billed          G:17089          1/3/2011<br>Numerous telephone conferences with client. Review trustee question on homestead, tax payments and proof of claim by Internal Revenue Service and Minnesota Department of Revenue. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 159205          TIME<br>12/29/2010<br>Billed          G:17089          1/3/2011<br>Review closing documents and homestead issues. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 75.00 |
| 159533          TIME<br>1/13/2011<br>Billed          G:17194          2/2/2011<br>Change schedules. Telephone call with Paul. Telephone call with Minnesota Department of Revenue. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 130.00 |
| 159537          TIME<br>1/14/2011<br>Billed          G:17194          2/2/2011 | Wentzell-6000<br>Review and Revi<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00 | 325.00<br>T@1 | 325.00 |

12/9/2011  
2:38 PM  

Wentzell Law Office, PLLC  
Slip Listing  

Page 3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review and revise schedules and plan. Long distance call client. Review Internal Revenue Service claim. Telephone call with Internal Revenue Service. | | 0.00 | | |
| 159439         TIME<br>1/17/2011<br>Billed         G:17194         2/2/2011<br>Review and revise schedules. E-mail client and TJ. Revise. | Wentzell-6000<br>Review and Revi<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 243.75 |
| 159494         TIME<br>1/18/2011<br>Billed         G:17194         2/2/2011<br>Long distance phone call with Anderson and with Minnesota Department of Revenue to amend proof of claim. E-mail trustee and client. | Wentzell-6000<br>Long distance<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 159713         TIME<br>1/31/2011<br>Billed         G:17194         2/2/2011<br>Review correspondence and lien release on 2002 Chevrolet. Letter to client. | Wentzell-6000<br>Review Correspo<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 159849         TIME<br>2/9/2011<br>Billed         G:17316         3/4/2011<br>Review documents from trustee assistant. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 160156         TIME<br>2/9/2011<br>Billed         G:17316         3/4/2011<br>E-mail with trustee to discuss motion to dismiss. E-mail client regarding documents. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 160176         TIME<br>2/15/2011<br>Billed         G:17316         3/4/2011<br>Telephone conference with client and review file. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 160415         TIME<br>3/2/2011<br>Billed         G:17430         4/5/2011<br>Work on amended plan and motion. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 1.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 487.50 |
| 160446         TIME<br>3/3/2011<br>Billed         G:17430         4/5/2011<br>Further work on amended plan. E-mail to trustee. Review comments from trustee. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 325.00 |

12/9/2011  
2:38 PM

Wentzell Law Office, PLLC  
Slip Listing

Page 4

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 160437           TIME<br>3/7/2011<br>Billed        G:17430        4/5/2011<br>Arrange for signature on modified plan and for filing. | Wentzell-6000<br>Filing<br>7100.01 Scolardi, Paul | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 227.50 |
| 160465           TIME<br>3/11/2011<br>Billed        G:17430        4/5/2011<br>Review letter from creditor regarding payment plan. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 160402           TIME<br>3/14/2011<br>Billed        G:17430        4/5/2011<br>Telephone conference with client and creditor. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 160376           TIME<br>3/15/2011<br>Billed        G:17430        4/5/2011<br>Telephone conference with client. E-mail T. J. regarding plan. Check court file. Check proof of claims. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 160510           TIME<br>3/16/2011<br>Billed        G:17430        4/5/2011<br>Telephone conference with Internal Revenue Service - Barr regarding proof of claim. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1<br>Override | 65.00 |
| 160757           TIME<br>3/30/2011<br>Billed        G:17430        4/5/2011<br>E-mail with client. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 163576           TIME<br>9/19/2011<br>Billed        G:18090        10/3/2011<br>Work on fee application | Moen, Jim<br>Work on<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 50.00 |
| 164578           TIME<br>11/21/2011<br>Billed        G:18299        12/5/2011<br>Review documents/motion to dismiss. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 164639           TIME<br>11/22/2011<br>Billed        G:18299        12/5/2011<br>Contact client regarding payments and motion to dismiss. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |

12/9/2011
2:38 PM

Wentzell Law Office, PLLC
Slip Listing

Page    5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 164640       TIME<br>11/29/2011<br>Billed      G:18299      12/5/2011<br>Conference with client to discuss new payment. | Wentzell-6000<br>Conference<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |

Grand Total

| | Billable<br>Unbillable<br>Total | 17.15<br>0.00<br>17.15 | | 5343.75<br>0.00<br>5343.75 |
|---|---|---|---|---|

12/9/2011  
2:38 PM

Wentzell Law Office, PLLC  
Slip Listing

Page 1

## Selection Criteria

Slip.Classification  Open  
Clie.Selection  Include: 7100.01 Scolardi, Paul  
Slip.Transaction Ty  2 - 2

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 158262     EXP<br>10/28/2010<br>Billed    G:16863    11/3/2010<br>Paralegal Time - met with client to review bankruptcy documents. | Wentzell-6000<br>Paralegal<br>7100.01 Scolardi, Paul | 0.5 | 75.00 | 37.50 |
| 158263     EXP<br>10/28/2010<br>Billed    G:16863    11/3/2010<br>Paralegal Time - open new file for client. | Wentzell-6000<br>Paralegal<br>7100.01 Scolardi, Paul | 0.25 | 75.00 | 18.75 |
| 158290     EXP<br>11/3/2010<br>Billed    G:16981    12/2/2010<br>Paralegal Time - enter bankruptcy information from client. Run first draft for review. | Wentzell-6000<br>Paralegal<br>7100.01 Scolardi, Paul | 3 | 75.00 | 225.00 |
| 158642     EXP<br>11/16/2010<br>Billed    G:16981    12/2/2010<br>Paralegal Time - prepare electronic filing. | Wentzell-6000<br>Paralegal<br>7100.01 Scolardi, Paul | 0.25 | 75.00 | 18.75 |
| 158780     EXP<br>11/23/2010<br>Billed    G:16981    12/2/2010<br>Chapter 13/filing fee | Wentzell-6000<br>BKY Filing fee<br>7100.01 Scolardi, Paul | 1 | 274.00 | 274.00 |
| 158787     EXP<br>12/6/2010<br>Billed    G:16992    12/6/2010<br>Bankruptcy flat fee. | Wentzell-6000<br>Misc.<br>7100.01 Scolardi, Paul | 1 | 890.00 | 890.00 |
| 159582     EXP<br>1/19/2011<br>Billed    G:17194    2/2/2011<br>Paralegal Time - file maintenance. | Wentzell-6000<br>Paralegal LKJ<br>7100.01 Scolardi, Paul | 0.5 | 75.00 | 37.50 |

Grand Total

|  |  |  |
|---|---|---|
| Billable | 0.00 | 1501.50 |
| Unbillable | 0.00 | 0.00 |
| Total | 0.00 | 1501.50 |

12/9/2011
2:37 PM

Wentzell Law Office, PLLC
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 158297<br>11/4/2010<br>Billed<br>Paralegal Time - update bankruptcy. Print<br>schedules for review. | EXP<br>G:16973 | 12/2/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.5 | 75.00 | 37.50 |
| 158629<br>11/22/2010<br>Billed<br>Paralegal Time - refax documents. | EXP<br>G:16973 | 12/2/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.5 | 0.75 | 0.38 |
| 158634<br>11/23/2010<br>Billed<br>Paralegal Time - work on 341 notices to<br>creditors. | EXP<br>G:16973 | 12/2/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.5 | 75.00 | 37.50 |
| 158782<br>11/23/2010<br>Billed<br>Filing Fee: US Bankruptcy Court/Chapter 13 | EXP<br>G:16973 | 12/2/2010 | Wentzell-6000<br>BKY Filing fee<br>7082.01 Hermes, Chris | 1 | 274.00 | 274.00 |
| 158987<br>12/27/2010<br>Billed<br>Paralegal Time: RMJ: review and draft letter to<br>client regarding order approving direct payments<br>to trustee. | EXP<br>G:17080 | 1/3/2011 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.1 | 100.00 | 10.00 |
| 159189<br>12/29/2010<br>Billed<br>Paralegal Time/RMJ: amended Schedule J and<br>review with Joseph A. Wentzell | EXP<br>G:17080 | 1/3/2011 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.2 | 100.00 | 20.00 |
| 159268<br>12/30/2010<br>Billed<br>Prepare and send letter to J. Keller with photos. | EXP<br>G:17080 | 1/3/2011 | Wentzell-6000<br>Paralegal RMJ<br>7082.01 Hermes, Chris | 0.1 | 100.00 | 10.00 |

Grand Total

|  | Billable | 0.00 | 1158.13 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 0.00 | 1158.13 |

12/9/2011
2:37 PM

Wentzell Law Office, PLLC
Slip Listing

Page    1

## Selection Criteria

Slip.Classification     Open
Clie.Selection          Include: 7082.01 Hermes, Chris
Slip.Transaction Ty     2 - 2

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 156952<br>8/25/2010<br>Billed<br>Paralegal Time - Enter bankruptcy information. | EXP<br>G:16566          9/2/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.75 | 75.00 | 56.25 |
| 156960<br>8/25/2010<br>Billed<br>Paralegal Time - enter - Enter bankruptcy information. | EXP<br>G:16566          9/2/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 1.5 | 75.00 | 112.50 |
| 157035<br>8/31/2010<br>Billed<br>Paralegal Time - Enter bankruptcy information | EXP<br>G:16687          10/4/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 2 | 75.00 | 150.00 |
| 157034<br>9/1/2010<br>Billed<br>Paralegal Time - Enter bankruptcy information. | EXP<br>G:16687          10/4/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 2 | 75.00 | 150.00 |
| 157123<br>9/10/2010<br>Billed<br>Paralegal Time - Enter bankruptcy information. | EXP<br>G:16687          10/4/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 1.5 | 75.00 | 112.50 |
| 157157<br>9/17/2010<br>Billed<br>Paralegal Time - print and meet with client to review bankruptcy schedules. | EXP<br>G:16687          10/4/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 1 | 75.00 | 75.00 |
| 157442<br>9/20/2010<br>Billed<br>Paralegal Time - work on changing from federal exemptions to state exemptions. | EXP<br>G:16687          10/4/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 0.5 | 75.00 | 37.50 |
| 157480<br>9/28/2010<br>Billed<br>Paralegal Time - Enter bankruptcy information. | EXP<br>G:16687          10/4/2010 | Wentzell-6000<br>Paralegal<br>7082.01 Hermes, Chris | 1 | 75.00 | 75.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                        BKY 10-48719

Paul Douglas Scolardi,

    Debtor.

---

Unsworn Declaration for Proof of Service
---

I hereby certify that on December 13, 2011, I caused the following documents: **NOTICE OF MOTION AND MOTION FOR ALLOWANCE OF COMPENSATION BY WENTZELL LAW OFFICE, PLLC, COUNSEL FOR THE DEBTORS, PROPOSED ORDER,** and Unsworn Certificate of Service to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jasmine Z Keller        cmecfjzkmn@ch13mn.com, backup_cmecf@ch13mn.com
US Trustee            ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

| | |
|---|---|
| ACS<br>PO BOX 371834<br>PITTSBURGH, PA 15250-7834 | CITY OF EDEN PRAIRIE<br>8080 MITCHELL ROAD<br>EDEN PRAIRIE, MN 55344 |
| ADT SECURITY<br>PO BOX 650485<br>DALLAS, TX 75265-0485 | INTERNAL REVENUE SERVICE<br>WELLS FARGO PLACE<br>30 EAST 7TH ST MAIL STOP 5700<br>ST PAUL MN 55101 |
| CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 | OLSEN THIELEN, CPA<br>2675 LONG LAKE ROAD<br>ST PAUL, MN 55113-1117 |
| CHASE<br>PO BOX 94014<br>PALATINE IL 60094-4014 | PROGREEN<br>8701 COLUMBUS AVE S<br>BLOOMINGTON, MN 55420 |
| CITY OF CHANHASSEN<br>7700 MARKET BLVD<br>PO BOX 147<br>CHANHASSEN, MN 55317 | US AIRWAYS<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 |

Executed on: December 13, 2011                        /e/
                                                       Signed  Roberta M. Johnson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:   Chapter 13
Bky. No: 10-48719 RJK

Paul Douglas Scolardi,

Debtor.

**ORDER**

This case is before the Court on the Motion of Wentzell Law Office, PLLC for compensation for legal services rendered in the above-entitled matter. Based on the Motion and the files,

IT IS ORDERED:

1. That the Motion of Wentzell Law Office, PLLC dated December 13, 2011 is granted and it is allowed $3,535.00 for services rendered in the above entitled matter.

2. That the Chapter 13 trustee shall pay to Wentzell Law Office, PLLC, as funds become available as a priority claim the sum of $1,000.00.

Dated:

_____
United States Bankruptcy Judge