UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:                                                                Chapter 13
                                                                      Bky. No: 10-48719 KHS

Paul Douglas Scolardi,

Debtor.

_____

**NOTICE OF MOTION AND MOTION FOR ALLOWANCE OF COMPENSATION BY WENTZELL LAW OFFICE, PLLC, COUNSEL FOR THE DEBTORS**
_____

1. Wentzell Law Office, PLLC (the Applicant) moves the Court for allowance of fees and reimbursement of expenses.

2. The Court will hold a hearing on this Motion on November 13, 2013 at 10:00 a.m. or as soon thereafter as counsel can be heard in 8W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any response or objections to this Motion shall be filed and served by delivery or mail no later than November 8, 2013, which is five days prior to the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

5. This Motion arises under 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1. The Applicant requests allowance for compensation for legal services rendered to the Debtor. The Applicant is the Debtor's attorney. No order approving employment was necessary.

6. The Applicant was engaged by the Debtor to represent him in filing a Chapter 13 bankruptcy case. Services related to the employment are on-going. The case was filed on November 23, 2010 and is still pending in this Court. The Chapter 13

      modified plan was confirmed on March 18, 2011.

7. All services were rendered on behalf of the Debtor and not on behalf of any other entity for the sharing of any compensation received or to be received for services rendered in or in connection with this case.

8. The Applicant filed one previous motion for fees and expenses on December 13, 2011 (DOC 23) seeking pre-confirmation fees. An Order Granting Compensation was entered on January 18, 2012 (DOC28).

9. The Chapter 13 trustee is presently holding $0.00.

10. This fee application seeks post-confirmation fees for legal services that are not included in the fixed fee agreement for certain basic services required for case filing and plan confirmation. The extra services provided following confirmation of the plan were provided on an hourly basis. This application is expected to be a final fee application.

11. Following the confirmation of the plan, the trustee brought three motions to dismiss (DOCs 21, 29, and 34). The post-confirmation services rendered that are the subject of this fee application concern the Applicant's responses to those motions. The services include:

| | |
|---|---|
| **November and December 2011:** Review documents/motion to dismiss; Contact client regarding payments and motion to dismiss; Conference with client to discuss new payment; Telephone conference with client regarding payment to trustee; Email Johnson; confirm payments; email client. | 1.3 hours @ $325 per hour |
| **June 2012:** Work on dismissal; telephone conference with client; telephone conference with client and work on case. | 1.3 hours @$325 per hour |
| **September, October, and November 2012:** Review documents/motion to dismiss; email client regarding same; call client; Work on response to motion; review check; letter to trustee; Respond to motion to dismiss; Telephone conference with client and review payment terms; Work on response to | 4.35 hours @ $325 per hour |

| | |
|---|---|
| motion and telephone call with client; Telephone conference with Dawn and chapter 13 office; verify amounts; email client regarding the same; Email with chapter 13 trustee and client regarding payment; Email to Dawn; work with client regarding payment; Email with client regarding September and October payments; Review documents/notice form trustee and court; review correspondence from trustee; email Dawn; call Dawn; telephone call with Paul; Letter to client. | |
| **April 2013:** Review documents/early payoff and discharge after telephone conference; work on payout issues; Work with Paul regarding payoff issues; email with client; Work on buyout; email with client. | 2.2 hours @ $325 per hour |
| **August 2013:** Review documents/notice of motion and motion to dismiss; contact client and email client; Email client regarding payment on dismissal and timing; Email letter to client regarding motion to dismiss; Email with client regarding finalizing payment and check with trustee and email client; Check chapter 13 website; email Dawn and Tom regarding motion to dismiss; left voicemail for Dawn; outline response and email client; Email with client regarding check delivery and other claim; email Dawn at Chapter 13 office; outline response; email with Paul regarding motion to dismiss and email client regarding verification. | 2.55 hours @ $325 per hout |
| **Total:** | 11.7 hours @ $325 per hour $3,802.50 |

       Compensation and reimbursement are to be from the plan funds.

12.    The debtor has an extremely large tax claim arising from a stock market collapse that occurred while he was invested in a Chinese company. The debtor has worked hard to make the large payments required under the plan. The debtor has

        paid over $120,000 into the plan, and has fallen behind on several occasions, but the Applicant has worked with the trustee's office to work out the past due payments. The debtor travels extensively for his work, which has added to the time required to respond to the motions to dismiss.

13. The Applicant's time records are attached as Ex. A for reference. The Applicant's hourly rates are reflected in the attached time records.

14. The Applicant is unaware of unpaid administrative expenses.

15. The total value of the services rendered by the Applicant is $3,802.50.

WHEREFORE, the Applicant applies to the Court for an Order as follows;

(A) Allowing compensation to Wentzell Law Office, PLLC in the amount of $3,802.50 as a priority Chapter 13 administrative expense claim; and

(B) Authorizing the Chapter 13 trustee to disburse to Wentzell Law Office, PLLC plan funds that she has on hand as a priority claim.


Dated: October 18, 2013                WENTZELL LAW OFFICE, PLLC


                                        /s/ Joseph A. Wentzell
                                _____
                                By:    Joseph A. Wentzell    #170616
                                          James W. Moen  #160349
                                          2812 Anthony Lane South, Suite 200
                                          St. Anthony, Minnesota 55418
                                          612.436-3292

                                          ATTORNEY FOR DEBTOR


**VERIFICATION**

    I, Joseph A. Wentzell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: October 18, 2013                        _/s/ Joseph A. Wentzell_____

                                                      Joseph A. Wentzell

| 9/16/2013<br>1:20 PM | Wentzell Law Office, PLLC<br>Slip Listing | | | Page 1 |

---

Selection Criteria

---

Slip.Classification      Open
Clie.Selection           Include: 7100.01 Scolardi, Paul
Slip.Transaction Ty      1 - 1

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 158157         TIME<br>10/28/2010<br>Billed       G:16863       11/3/2010<br>Telephone conference with client regarding action. Review with Stephanie. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 60.00 |
| 158389         TIME<br>11/16/2010<br>Billed       G:16981       12/2/2010<br>Meeting wiht client. Review draft schedules. | Wentzell-6000<br>Meeting with cl<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 150.00 |
| 158741         TIME<br>11/19/2010<br>Billed       G:16981       12/2/2010<br>Numerous telephone conferences with client and review bankruptcy to file. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 300.00 |
| 158700         TIME<br>11/23/2010<br>Billed       G:16981       12/2/2010<br>Sign documents. File same. Revise schedule. Work with Internal Revenue Service. Meeting with client. | Wentzell-6000<br>Misc<br>7100.01 Scolardi, Paul | 2.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 600.00 |
| 158692         TIME<br>11/24/2010<br>Billed       G:16981       12/2/2010<br>Long distance phone call with Internal Revenue Service regarding levy and filing. Numerous telephone calls with client regarding options. | Wentzell-6000<br>Long distance<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 158971         TIME<br>12/1/2010<br>Billed       G:17089       1/3/2011<br>Telephone conference and review Minnesota Department of Revenue claim and Internal Revenue Service. Telephone call with client regarding the same. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 158813         TIME<br>12/13/2010<br>Billed       G:17089       1/3/2011<br>Minnesota Department of Revenue proof of | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 60.00 |



EXHIBIT A

| 9/16/2013 | Wentzell Law Office, PLLC | | |
|---|---|---|---|
| 1:20 PM | Slip Listing | | Page  2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| claim. Telephone call with client. Work on proof of claim issues. | | | | |
| 159091           TIME<br>12/17/2010<br>Billed           G:17089           1/3/2011<br>Review Internal Revenue Service proof of claim. E-mail client with copy. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 75.00 |
| 159141           TIME<br>12/21/2010<br>Billed           G:17089           1/3/2011<br>Telephone conference with client regarding 341 and tax issues. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 60.00 |
| 159157           TIME<br>12/22/2010<br>Billed           G:17089           1/3/2011<br>Prepare for and attend 341 hearing. Meeting with client regarding amending plans and documents for trustee. | Wentzell-6000<br>Prepare Hearing<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 300.00 |
| 159165           TIME<br>12/23/2010<br>Billed           G:17089           1/3/2011<br>Work on amending plan and schedules. Work on proof of claim objections. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 159231           TIME<br>12/28/2010<br>Billed           G:17089           1/3/2011<br>Numerous telephone conferences with client. Review trustee question on homestead, tax payments and proof of claim by Internal Revenue Service and Minnesota Department of Revenue. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 225.00 |
| 159205           TIME<br>12/29/2010<br>Billed           G:17089           1/3/2011<br>Review closing documents and homestead issues. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 75.00 |
| 159533           TIME<br>1/13/2011<br>Billed           G:17194           2/2/2011<br>Change schedules. Telephone call with Paul. Telephone call with Minnesota Department of Revenue. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 130.00 |
| 159537           TIME<br>1/14/2011<br>Billed           G:17194           2/2/2011 | Wentzell-6000<br>Review and Revi<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00 | 325.00<br>T@1 | 325.00 |

9/16/2013                      Wentzell Law Office, PLLC
1:20 PM                        Slip Listing                        Page 3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review and revise schedules and plan. Long distance call client. Review Internal Revenue Service claim. Telephone call with Internal Revenue Service. | | 0.00 | | |
| 159439   TIME<br>1/17/2011<br>Billed   G:17194   2/2/2011<br>Review and revise schedules. E-mail client and TJ. Revise. | Wentzell-6000<br>Review and Revi<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 243.75 |
| 159494   TIME<br>1/18/2011<br>Billed   G:17194   2/2/2011<br>Long distance phone call with Anderson and with Minnesota Department of Revenue to amend proof of claim. E-mail trustee and client. | Wentzell-6000<br>Long distance<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 159713   TIME<br>1/31/2011<br>Billed   G:17194   2/2/2011<br>Review correspondence and lien release on 2002 Chevrolet. Letter to client. | Wentzell-6000<br>Review Correspo<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 159849   TIME<br>2/9/2011<br>Billed   G:17316   3/4/2011<br>Review documents from trustee assistant. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 160156   TIME<br>2/9/2011<br>Billed   G:17316   3/4/2011<br>E-mail with trustee to discuss motion to dismiss. E-mail client regarding documents. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 160176   TIME<br>2/15/2011<br>Billed   G:17316   3/4/2011<br>Telephone conference with client and review file. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 160415   TIME<br>3/2/2011<br>Billed   G:17430   4/5/2011<br>Work on amended plan and motion. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 1.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 487.50 |
| 160446   TIME<br>3/3/2011<br>Billed   G:17430   4/5/2011<br>Further work on amended plan. E-mail to trustee. Review comments from trustee. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 325.00 |

Case 10-48719   Doc 35   Filed 10/18/13   Entered 10/18/13 11:07:54   Desc Main
                        Document      Page 8 of 15

| 9/16/2013 | | Wentzell Law Office, PLLC | | | |
|---|---|---|---|---|---|
| 1:20 PM | | Slip Listing | | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 160437<br>3/7/2011<br>Billed<br>Arrange for signature on modified plan and for filing. | TIME<br>G:17430 | 4/5/2011 | Wentzell-6000<br>Filing<br>7100.01 Scolardi, Paul | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 227.50 |
| 160465<br>3/11/2011<br>Billed<br>Review letter from creditor regarding payment plan. | TIME<br>G:17430 | 4/5/2011 | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 160402<br>3/14/2011<br>Billed<br>Telephone conference with client and creditor. | TIME<br>G:17430 | 4/5/2011 | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 160376<br>3/15/2011<br>Billed<br>Telephone conference with client. E-mail T. J. regarding plan. Check court file. Check proof of claims. | TIME<br>G:17430 | 4/5/2011 | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 160510<br>3/16/2011<br>Billed<br>Telephone conference with Internal Revenue Service - Barr regarding proof of claim. | TIME<br>G:17430 | 4/5/2011 | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1<br>Override | 65.00 |
| 160757<br>3/30/2011<br>Billed<br>E-mail with client. | TIME<br>G:17430 | 4/5/2011 | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 163576<br>9/19/2011<br>Billed<br>Work on fee application | TIME<br>G:18090 | 10/3/2011 | Moen, Jim<br>Work on<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 50.00 |
| 164578<br>11/21/2011<br>Billed<br>Review documents/motion to dismiss. | TIME<br>G:18299 | 12/5/2011 | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 164639<br>11/22/2011<br>Billed<br>Contact client regarding payments and motion to dismiss. | TIME<br>G:18299 | 12/5/2011 | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |

9/16/2013  Wentzell Law Office, PLLC
1:20 PM  Slip Listing  Page 5

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 164640  TIME  11/29/2011  Billed  G:18299  12/5/2011  Conference with client to discuss new payment. | Wentzell-6000  Conference  7100.01 Scolardi, Paul | 0.25  0.00  0.00  0.00 | 325.00  T@1 | 81.25 |
| 165051  TIME  12/6/2011  Billed  G:18395  1/4/2012  Telephone conference with client regarding payment to trustee; email Mike. | Wentzell-6000  Tele Conference  7100.01 Scolardi, Paul | 0.25  0.00  0.00  0.00 | 325.00  T@1 | 81.25 |
| 165004  TIME  12/9/2011  Billed  G:18395  1/4/2012  Email Johnson; confirm payments; email client. | Wentzell-6000  Email  7100.01 Scolardi, Paul | 0.30  0.00  0.00  0.00 | 325.00  T@1 | 97.50 |
| 164957  TIME  12/14/2011  Billed  G:18395  1/4/2012  Review documents/withdrawal proof of claim by MDOR. | Wentzell-6000  Review Document  7100.01 Scolardi, Paul | 0.10  0.00  0.00  0.00 | 325.00  T@1 | 32.50 |
| 165527  TIME  1/4/2012  Billed  G:18484  2/1/2012  Work on fee application. | Wentzell-6000  Work on  7100.01 Scolardi, Paul | 0.00  0.00  0.00  0.00 | 325.00  T@1  No Charge | 0.00 |
| 168073  TIME  6/27/2012  Billed  G:19165  7/9/2012  Work on dismissal; telephone conference with client. | Wentzell-6000  Work on  7100.01 Scolardi, Paul | 0.30  0.00  0.00  0.00 | 325.00  T@1 | 97.50 |
| 168129  TIME  6/28/2012  Billed  G:19165  7/9/2012  Telephone conference with client and work on case law. | Wentzell-6000  Tele Conference  7100.01 Scolardi, Paul | 1.00  0.00  0.00  0.00 | 325.00  T@1 | 325.00 |
| 168567  TIME  8/8/2012  Billed  G:19339  9/11/2012  Calculate payoff amount; email to client. | Moen, Jim  Misc  7100.01 Scolardi, Paul | 0.25  0.00  0.00  0.00 | 250.00  T@1 | 62.50 |
| 168998  TIME  8/9/2012  Billed  G:19339  9/11/2012  Work on final pay off. | Wentzell-6000  Work on  7100.01 Scolardi, Paul | 0.50  0.00  0.00  0.00 | 325.00  T@1 | 162.50 |

9/16/2013                          Wentzell Law Office, PLLC
1:20 PM                                Slip Listing                                      Page    6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 168890    TIME<br>8/20/2012<br>Billed    G:19339    9/11/2012<br>Work on early pay-off rules and new car. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.80<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 260.00 |
| 169359    TIME<br>9/26/2012<br>Billed    G:19431    10/5/2012<br>Review documents/motion to dismiss; email<br>client regarding same; call client. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 243.75 |
| 169343    TIME<br>9/28/2012<br>Billed    G:19431    10/5/2012<br>Work on response to motion; review check; letter<br>to trustee. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 169551    TIME<br>10/2/2012<br>Billed    G:19531    11/5/2012<br>Respond to motion to dismiss. | Wentzell-6000<br>Misc<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 169536    TIME<br>10/8/2012<br>Billed    G:19531    11/5/2012<br>Telephone conference with client and review<br>payment terms. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 169509    TIME<br>10/12/2012<br>Billed    G:19531    11/5/2012<br>Work on response to motion and telephone call<br>with client. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 169485    TIME<br>10/15/2012<br>Billed    G:19531    11/5/2012<br>Telephone conference with Dawn and chapter<br>13 office; verify amounts; email clients regarding<br>the same. | Wentzell-6000<br>Tele Conference<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 169476    TIME<br>10/16/2012<br>Billed    G:19531    11/5/2012<br>Email with chapter 13 trustee and client<br>regarding payment. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 169885    TIME<br>10/17/2012<br>Billed    G:19531    11/5/2012<br>Email to Dawn; work with client regarding<br>payment. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2013 | | Wentzell Law Office, PLLC | | | |
| 1:20 PM | | Slip Listing | | | Page 7 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 169793<br>10/22/2012<br>Billed<br>Email with client regarding September and<br>October payments. | TIME<br>G:19531 | 11/5/2012 | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 169773<br>10/23/2012<br>Billed<br>Review documents/notice from trustee and court. | TIME<br>G:19531 | 11/5/2012 | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 169841<br>10/31/2012<br>Billed<br>Review correspondence from trustee; email<br>Dawn; call Dawn telephone call with Paul. | TIME<br>G:19531 | 11/5/2012 | Wentzell-6000<br>Review Correspo<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 169939<br>11/12/2012<br>Billed<br>Letter to client. | TIME<br>G:19646 | 12/5/2012 | Wentzell-6000<br>Letter<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 171541<br>3/26/2013<br>Billed<br>Review documents/statements; email with client;<br>analyze statute/report. | TIME<br>G:20060 | 4/2/2013 | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 172017<br>4/15/2013<br>Billed<br>Review documents/early payoff and discharge<br>after telephone conference. | TIME<br>G:20214 | 5/1/2013 | Moen, Jim<br>Review Document<br>7100.01 Scolardi, Paul | 1.00<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 250.00 |
| 172137<br>4/18/2013<br>Billed<br>Work on payout issues. | TIME<br>G:20214 | 5/1/2013 | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 172131<br>4/19/2013<br>Billed<br>Meeting with client; pull documents; review<br>trustee's report. | TIME<br>G:20214 | 5/1/2013 | Wentzell-6000<br>Meeting with cl<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 243.75 |
| 172091<br>4/23/2013<br>Billed<br>Letter to client with trustee report. | TIME<br>G:20214 | 5/1/2013 | Moen, Jim<br>Letter<br>7100.01 Scolardi, Paul | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 50.00 |
| 172048<br>4/25/2013<br>Billed | TIME<br>G:20214 | 5/1/2013 | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |

| | | | | |
|---|---|---|---|---|
| 9/16/2013<br>1:20 PM | | Wentzell Law Office, PLLC<br>Slip Listing | | Page  8 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Work with Paul regarding payoff issues; email with client. | | 0.00 | | |
| 172031           TIME<br>4/26/2013<br>Billed           G:20214           5/1/2013<br>Work on buyout; email with client. | Wentzell-6000<br>Work on<br>7100.01 Scolardi, Paul | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 130.00 |
| 172402           TIME<br>5/8/2013<br>Billed           G:20264           5/31/2013<br>Review correspondence/email; work with client regarding amendments. | Wentzell-6000<br>Review Correspo<br>7100.01 Scolardi, Paul | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 130.00 |
| 173603           TIME<br>8/2/2013<br>Billed           G:20571           9/10/2013<br>Review documents/notice of motion and motion to dismiss; contact client and email client. | Wentzell-6000<br>Review Document<br>7100.01 Scolardi, Paul | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 130.00 |
| 173588           TIME<br>8/3/2013<br>Billed           G:20571           9/10/2013<br>Email client regarding payment on dismissal and timing. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 173563           TIME<br>8/6/2013<br>Billed           G:20571           9/10/2013<br>Email letter to client regarding motion to dismiss. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 173631           TIME<br>8/9/2013<br>Billed           G:20571           9/10/2013<br>Email with client regarding finalizing payment and check with trustee and email client. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 81.25 |
| 173739           TIME<br>8/12/2013<br>Billed           G:20571           9/10/2013<br>Check chapter 13 website; email Dawn and Tom regarding motion to dismiss; left voicemail for Dawn; outline response and email client. | Wentzell-6000<br>Misc<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 243.75 |
| 173724           TIME<br>8/13/2013<br>Billed           G:20571           9/10/2013<br>Email with client regarding check delivery and other claim; email Dawn at Chapter 13; outline response. | Wentzell-6000<br>Email<br>7100.01 Scolardi, Paul | 0.75<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 243.75 |

9/16/2013  
1:20 PM  

Wentzell Law Office, PLLC  
Slip Listing  

Page 9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 173899<br>8/16/2013<br>Billed<br>Email with Paul and client regarding motion to dismiss and payment and email client regarding verification. | TIME<br><br>G:20571 | Wentzell-6000<br>Email<br>9/10/2013 7100.01 Scolardi, Paul | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                              BKY 10-48719

Paul Douglas Scolardi,

    Debtor.

_____

Unsworn Declaration for Proof of Service
_____

I hereby declare that on October 18, 2013 the following documents:

**NOTICE OF MOTION AND MOTION FOR ALLOWANCE OF COMPENSATION BY WENTZELL LAW OFFICE PLLC AND UNSWORN DECLARATION FOR PROOF OF SERVICE**

were filed electronically with the Clerk of Court through the Electronic Case Filing System (ECF) and sent via U.S. Mail to the following:

| | |
|---|---|
| AMERICAN STUDENT ASSISTANCE<br>100 CAMBRIDGE ST STE 1600<br>BOSTON, MA 02114<br><br>ECMC<br>P. O. BOX 75906<br>ST. PAUL, MN 55175<br><br>VANDA, LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121 | PAUL DOUGLAS SCOLARDI<br>12300 SINGLETREE LANE #1307<br>EDEN PRAIRIE, MN 55344 |

Executed on: October 18, 2013                                    /e/  James Moen
                                                                                                                                James Moen
                                                                                                                                2812 Anthony Lane South
                                                                                                                                St. Anthony, MN 55418

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                    Chapter 13
                                                                                          Bky. No: 10-48719 KHS

　　　　Paul Douglas Scolardi,

　　　　Debtor.
_____

**ORDER**
_____

　　　　This case is before the Court on the Motion of Wentzell Law Office, PLLC for compensation for legal services rendered in the above-entitled matter.  Based on the Motion and the files,

　　　　IT IS ORDERED:

　　　　1.　　That the Motion of Wentzell Law Office, PLLC dated December 13, 2011 is granted and it is allowed $3,802.50 for services rendered in the above entitled matter.

　　　　2.　　That the Chapter 13 trustee shall pay to Wentzell Law Office, PLLC, as funds become available as a priority claim the sum of $3,802.50.


Dated:
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge