# GREGORY A. BURRELL
## STANDING CHAPTER 13 TRUSTEE
**District of Minnesota**

12 South 6th Street., Suite 310
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 338-4529
Extension #215

July 14, 2014

To: U.S. Bankruptcy Court

From: Gregory A. Burrell, Trustee

Re: 10-48719 KHS

We have received notification of a change of address for

_X_ Debtor          __Joint Debtor          __Both Debtors

in the above-referenced case.

Updated address(es) for this case:

PAUL D SCOLARDI
100 - 3RD AVENUE SOUTH
UNIT 2808
MINNEAPOLIS, MN  55401-2724

dlk